**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RENE RAMIREZ,<br><br>        Plaintiff,<br><br>    v.<br><br>FORD MOTOR COMPANY; LITHIA FORD LINCOLN OF FRESNO; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. 5:25-cv-06599-NW<br><br>Hon. Noel Wise<br><br>[~~PROPOSED~~] **JUDGMENT** |

The Court, having considered Plaintiff's Request for Entry of Judgment and finding good cause therefore, hereby GRANTS the Entry of Judgment and ORDERS as follows:

1. Plaintiff RENE RAMIREZ ("Plaintiff") accepted FORD MOTOR COMPANY's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on February 3, 2026.

2. Accordingly, the Court enters JUDGMENT in favor of Plaintiff in the amount of $245,000.00 pursuant to the terms of the Rule 68 Offer.

    **IT IS SO ORDERED.**

Date: March 25, 2026

Hon. Noel Wise
UNITED STATES DISTRICT JUDGE

1

[~~PROPOSED~~] JUDGMENT