# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

RENE RAMIREZ,

       Plaintiff,

    vs.

FORD MOTOR COMPANY; LITHIA FORD LINCOLN OF FRESNO; and DOES 1 through 10, inclusive,

      Defendants.

Case No. 5:25-cv-06599-NW

Hon. Noel Wise

~~[PROPOSED]~~ **ORDER**

The Court, having considered the Parties' Joint Stipulation and finding good cause therefore, hereby GRANTS the Joint Stipulation and ORDERS as follows:

1. Plaintiff RENE RAMIREZ ("Plaintiff") and Defendant FORD MOTOR COMPANY have agreed FORD MOTOR COMPANY will pay $7,000.00 to resolve Plaintiff's attorneys' fees, costs, and expenses.

2. Accordingly, the Court hereby enters an ORDER for Defendant to pay Plaintiff $7,000.00 to resolve attorneys' fees, costs, and expenses.

3. Accordingly, Plaintiff's Motion for Attorneys' Fees, Costs and Expenses currently scheduled for June 10, 2026, date is hereby vacated and withdrawn.

4. Accordingly, Plaintiff's Bill of Costs is withdrawn.

5. Payment is to be made to counsel for Plaintiff by ~~July 20,~~ May 20 2026. After satisfaction of payment, Plaintiff will dismiss this case with prejudice within 10 business days against all parties.

**IT IS SO ORDERED.**

Date: _____April 24, 2026_____

_____
Hon. Noel Wise
District Court Judge

1