# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE RAMIREZ,<br><br>            Plaintiff,<br><br>      vs.<br><br>FORD MOTOR COMPANY; LITHIA FORD LINCOLN OF FRESNO; and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No.: 5:25-cv-06599-NW<br><br>District Judge: Honorable Noel Wise<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

## ORDER GRANTING JOINT STIPULATION FOR DISMISSAL

Upon the Joint Stipulation of the Parties to dismiss this case in light of settlement of damages and attorneys' fees, costs, and expenses, and satisfied funding of such:

It is hereby ORDERED that this matter is DISMISSED WITH PREJUDICE.

Date: June 3, 2026                    _____

                                     Honorable Noel Wise

                                     UNITED STATES DISTRICT JUDGE

---

**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**